**Michelle D. MAUPIN, Plaintiff—Appellant,**

v.

**HOWARD COUNTY PUBLIC SCHOOL SYSTEM; Howard County Board of Education; Sydney Cousin, Individually and in his official capacity, Defendants—Appellees.**

**No. 12–1203.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2012.

Decided: July 18, 2012.

---

Michelle D. Maupin, Appellant Pro Se. Edmund J. O'Meally, Lisa Y. Settles, Hodes, Pessin & Katz, PA, Towson, MD, for Appellees.

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle D. Maupin appeals the district court's order denying the motion for permissive joinder and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Maupin v. Howard Cnty. Pub. Sch.*, No. 1:10–cv–02659–BEL, 2012 WL 401071 (D.Md. Feb. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*